ORDERED.

Dated:  August 05, 2025

_____
Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NUMBER: **3:25-bk-02024-JAF** |
| | CHAPTER     13 |
| **ALBERT RONALD HURLBERT,** | |
|      Debtor. | |

**ORDER GRANTING FEDERAL FUNDING GROUP, LLC, AS TRUSTEE OF THE FLANAT MORTGAGE TRUST M2227RSD DATED JANUARY 11, 2023'S MOTION FOR PROSPECTIVE RELIEF FROM AUTOMATIC STAY [DOC. #9]**

THIS CAUSE came on before the Court on July 21, 2025, and upon the Motion for Prospective Relief From Stay filed by **FEDERAL FUNDING GROUP, LLC, as Trustee of the**

**FlaNat Mortgage Trust M2227RSD Dated January 11, 2023** [DE 9] (the "Motion"). The Court notes that this case was dismissed for the Debtor's failure to cure case opening deficiencies. The Order Dismissing Case was entered July 16, 2025 [DE 23]. Additionally, this is the Debtor's third case within the past year. Having heard argument of counsel and being fully advised in the premises,

Accordingly, it is

**ORDERED AS FOLLOWS:**

1. The Motion [DE 9] is granted.

2. The Automatic Stay arising by reason of 11 U.S.C. § 362 Bankruptcy Code is terminated as to Movant's interest in the following property:

> Parcel A:
> SEE EXHIBIT "A" ATTACHED HERETO
> Parcel ID #: 006135-0010 and 006130-0100
>
> And which postal address is:
> 7720 Paschal Street, Jacksonville, Florida 32220.
>
> Parcel B:
> SEE EXHIBIT "B" ATTACHED HERETO
> Parcel ID #: 006130-0050
>
> And which postal address is:
> 7752 Paschal Street, Jacksonville, Florida 32220.

3. The Automatic Stay is lifted for the sole purpose of allowing Movant to complete relief to take any and all steps necessary to exercise any and all rights it may have in the property, to gain possession of said collateral, to have such other and further relief against the Debtor.

4. In addition to the foregoing, Movant is granted *in rem* prospective relief from stay as the Movant has demonstrated that the Debtor has engaged in a course of conduct involving serial filings. As such, for two (2) years from the date of entry of this Order, the Clerk of the

Court is authorized to disregard any Suggestion of Bankruptcy filed with that Court relative to the property described in paragraph 2 above and conduct a duly scheduled hearing and foreclosure sales with respect to said property.

5. This Order shall operate as a bar for any future bankruptcy filings to any individual claiming any interest in the property, by, through, with, or under the Debtor, for a period of two (2) years.

*Attorney, Thomas Lobello, III, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*

\* \* \*

Submitted by:
Thomas Lobello, III, Attorney for Movant
Fla Bar No. 603023
Post Office Box 4400
Jacksonville, FL 32201-4400
(904) 358-1666 or (800) 499-1666

# Exhibit "A"

Parcel                                                                                                  1:

A PART OF THE NORTHERLY 200 FEET OF TRACT 2 AS SHOWN ON THE PLAT OF PENINSULAR LIFE INSURANCE COMPANY'S REPLAT NO. 3 OF PART OF MARIETTA, AS RECORDED IN PLAT BOOK 15, PAGE 5 OF THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED                                   AS                                   FOLLOWS:

FOR A POINT OF REFERENCE COMMENCE AT THE INTERSECTION OF THE EASTERLY RIGHT OF WAY LINE OF PERMENTO AVENUE ( A 50 FOOT RIGHT OF WAY AS NOW ESTABLISHED AND FORMERLY KNOWN AS LINCOLN AVENUE) AND THE SOUTHERLY RIGHT OF WAY LINE OF PASCHAL STREET ( A 50 FOOT RIGHT OF WAY AS NOW ESTABLISHED AND FORMERLY KNOWN AS 7TH STREET); RUN THENCE NORTH 89 DEG 47 MIN 00 SEC EAST, ALONG SAID SOUTHERLY RIGHT OF WAY LINE OF PASCHAL STREET, A DISTANCE OF 408.00 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE NORTH 89 DEG 47 MIN 00 SEC EAST ALONG SAID SOUTHERLY RIGHT OF WAY LINE, A DISTANCE OF 100.00 FEET; RUN THENCE SOUTH 00 DEG 25 MIN 00 SEC WEST, A DISTANCE OF 200.00 FEET; THENCE SOUTH 89 DEG 47 MIN 00 SEC WEST, 200.00 FEET; THENCE NORTH 00 DEG 00 MIN 00 SEC EAST, A DISTANCE OF 100.00 FEET; THENCE NORTH 89 DEG 47 MIN 00 SEC EAST, 100.00 FEET; THENCE NORTH 00 DEG 25 MIN 00 SEC EAST, 100.00 FEET TO THE POINT OF BEGINNING.

And continued on next page

EXHIBIT "A"

43938

**Parcel 2:**

A part of the Northerly 200 feet of Tract 2, Peninsular Life Insurance Co's. Replat No. 3 of part of Marietta, according to plat thereof as recorded in Plat Book 15, page 5, of the current public records of Duval County, Florida & being more particularly described as follows:

For a point of reference, commence at the intersection of the Easterly right of way line of Permento Avenue (a 50 foot right of way as now established & formerly known as Lincoln Avenue) & the Southerly right of way line of Paschal Street ( a 50 foot right of way as now established & formerly known as 7th Street); run thence North 89°47'00" East, along said Southerly right of way line of Paschal Street, a distance of 628.0 feet to the Point of Beginning; thence continue North 89°47'00" East, along said Southerly right of way line, a distance of 25 feet; run thence South 00°25'00" West, a distance of 200 feet; thence South 89°47'00" West, 145 feet; thence North 00°25'00" East, 100 feet; thence North 89°47'00" East, 120 feet; thence North 00°25'00" East, a distance of 100 feet to the Point of Beginning.

&

A part of the Northerly 200 feet of Tract 2, Peninsular Life Insurance Co's. Replat No. 3 of part of Marietta, according to plat thereof as recorded in Plat Book 15, page 5, of the current public records of Duval County, Florida & being more particularly described as follows:

For a point of reference, commence at the intersection of the Easterly right of way line of Permento Avenue (a 50 foot right of way as now established & formerly known as Lincoln Avenue) & the Southerly right of way line of Paschal Street ( a 50 foot right of way as now established & formerly known as 7th Street); run thence North 89°47'00" East, along said Southerly right of way line of Paschal Street, a distance of 653.0 feet to the Point of Beginning; thence continue North 89°47'00" East, along said Southerly right of way line, a distance of 25 feet; run thence South 00°25'00" West, a distance of 100 feet; thence North 89°47'00" East, 200 feet; thence South 00°25'00" West, 100 feet; thence South 89°47'00" West, 225 feet; thence North 00°25'00" East, a distance of 200 feet to the Point of Beginning.

Parcel ID Number: 006130-0100

43938

# Exhibit "B"

PART OF THE NORTHERLY 200 FEET OF TRACT 2 AS SHOWN ON MAP OF PENINSULAR LIFE INSURANCE COMPANY'S REPLAT NO 3 OF PART OF MARIETTA, AS RECORDED IN PLAT BOOK 15, PAGE 5 OF THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA, MORE PARTICULARLY DESCRIBED AS FOLLOWS: FOR A POINT OF REFERENCE COMMENCE AT THE INTERSECTION OF THE EASTERLY RIGHT OF WAY LINE OF PERMENTO AVENUE (FORMERLY KNOWN AS LINCOLN AVENUE) A 50 FOOT RIGHT OF WAY AS NOW ESTABLISHED AND THE SOUTHERLY RIGHT OF WAY LINE OF PASCHAL STREET (FORMERLY KNOWN AS 7TH STREET) A 50 FOOT RIGHT OF WAY AS NOW ESTABLISHED, RUN THENCE NORTH 89 DEG 47 MIN 00 SEC EAST ALONG SOUTHERLY RIGHT OF WAY OF PASCHAL STREET, A DISTANCE OF 200.00 FEET TO THE POINT OF BEGINNING. FROM POINT OF BEGINNING THUS DESCRIBED, CONTINUE NORTH 89 DEG 47 MIN 00 SEC EAST ALONG THE SOUTHERLY RIGHT OF WAY LINE OF PASCHAL STREET, 108.00 FEET; THENCE SOUTH 00 DEG 25 MIN 00 SEC WEST, 200.00 FEET; THENCE SOUTH 89 DEG 47 MIN 00 SEC WEST, 108.00 FEET; THENCE NORTH 00 DEG 25 MIN 00 SEC EAST, 200.00 FEET TO THE POINT OF BEGINNING.

42707

EXHIBIT "B"